1  Robert J. McGahan (State Bar No. 196568)
2  *rmcgahan@goodwinprocter.com*
   **GOODWIN PROCTER, LLP**
3  601 South Figueroa Street, 41st Floor
4  Los Angeles, CA 90017
   Telephone:  213.426.2535
5  Facsimile:   213.623.1673

6
   Attorneys for Defendant, Counterclaimant and
7  Judgment Creditor **WHAM-O, INC.**

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SLB TOYS USA, INC., | Case No. CV06-1382 RSWL (CWx) |
| Plaintiff, | [DISCOVERY MATTER] |
| v. | **AMENDED PROTECTIVE ORDER** |
| WHAM-O, INC., et al., | |
| Defendants. | Judge:  Honorable Ronald S.W. Lew |
| | Courtroom:  21 |
| | Complaint filed:  March 6, 2006 |
| WHAM-O, INC., | |
| Counterclaimant, | |
| v. | |
| SLB TOYS USA, IN., doing business as TOYQUEST, | |
| Counterdefendant. | |

WHEREAS, in March, 2006, SLB Toys USA, Inc. ("SLB") filed this federal trademark action against Wham-O, Inc. ("Wham-O") in the United States District Court for the Central District of California (Case No. CV06-1382 RSWL), and Wham-O brought counterclaims for willful infringement, willful dilution, intentional false advertising and unfair competition, which Wham-O alleged that water slides produced and advertised by SLB infringed on Wham-O's trademark color yellow ("*Color 1* Action");

WHEREAS, Brian Dubinsky was deposed in the *Color 1* Action subject to a Protective Order on August 8, 2008, following a judgment against SLB (the "Dubinsky Color Deposition");

WHEREAS, use of Mr. Dubinsky's testimony from the *Color 1* Action may potentially save the litigants time and resources in another matter, *Wham-O v. Eileen Sefchick et al.,* Alameda Superior Court Case No. RG07329828 (the "State Court Action"), by possibly avoiding or minimizing the need to obtain the same or similar testimony in the State Court Action;

IT IS HEREBY ORDERED by and between the parties, through their respective counsel of record, that upon entry of this amendment to the Protective Order in the *Color 1* Action, the reporter's transcript with exhibits and the videotape of the Dubinsky Color Deposition may be used in the State Court Action in accordance with the terms of the stipulation entered into by the parties to the State Court Action.

IT IS FURTHER ORDERED that the Dubinsky Color Deposition will be governed by the Protective Order entered in the State Court Action and, thus, afforded the level of "Confidential" under that Protective Order. All parties expressly reserve their rights, if any, under the Protective Order in the State Court

Action to dispute the confidentiality designation of the Dubinsky Color Deposition, and portions thereof, at or before trial.

**IT IS SO ORDERED.**

Dated: January 6, 2009            _____/S/_____
                                                HON. CARLA M. WOEHRLE
                                                U.S. Magistrate Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017.

On January 7, 2009, I served the **[PROPOSED] AMENDED PROTECTIVE ORDER** by CM/ECF Electronic Filing. I caused the above document to be transmitted to the office(s) of the addressee(s) listed below by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

| | |
|---|---|
| Joshua R. Furman<br>*joshua@furman.com*<br>**JOSHUA R. FURMAN LAW CORP.**<br>9663 Santa Monica Blvd, #721<br>Beverly Hills, CA 90210<br>Tel:  310-809-3016 | Attorneys for Plaintiff and Counterdefendant<br>**SLB Toys USA Inc**<br>a New York Corporation |
| Stephen L. Raucher<br>*sraucher@rrbattorneys.com*<br>Timothy D Reuben<br>*tdr@rrbattorneys.com*<br>**REUBEN RAUCHER AND BLUM**<br>1100 Glendon Avenue 10th Floor<br>Los Angeles, CA 90024<br>Tel:  310-777-1990<br>Fax:  310-777-1989 | Attorneys for Movants<br>**BRIAN DUBINSKY**<br>**STEPHANIE DUBINSKY** |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on January 7, 2009, at Los Angeles, California.

                By:  /s/ Robert J. McGahan
                       Robert J. McGahan
                       **GOODWIN PROCTER LLP**
                       Attorneys for Defendant,
                       Counterclaimant and Judgment
                       Creditor **WHAM-O, INC.**